IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CORTEZ CODY, Individually And On Behalf Of All Others, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| CHECKR, INC., | ) ) |
| Defendant. | ) ) |

Case No.: 5:18-cv-6192-FKG

**JURY TRIAL DEMANDED**

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW** the Plaintiff, on behalf of himself and all other class members, and moves this Court for an Order granting Plaintiff's Motion for Leave to File an Amended Complaint. In support of said motion, Plaintiff states:

1. On January 22, 2019, the Defendant filed a Motion to Dismiss (Doc. 8) and Suggestions in Support (Docs. 9, and 9-1 through 9-9). Plaintiff's counsel filed a Consent Motion for Extension of Time to Respond to Defendant's Motion to Dismiss on February 5, 2019. (Doc. 11).

2. The Motion for Extension of Time requested until February 19, 2019, to file Suggestions in Opposition to the Defendant's Motion and/or to otherwise respond with the filing of an Amended Complaint.

3. As set forth in the Motion for Extension of Time, Counsel for the parties have previously communicated and the Defendant consented to the request for additional time with the understanding that should the Plaintiff file an Amended Complaint, Plaintiff would not oppose Defendant being granted 21 days to respond thereto.

4. Plaintiff is now prepared to respond to Defendant's Motion to Dismiss

with the filing of an Amended Complaint.

5. Plaintiff requests this Court grant him leave to file an Amended Complaint. (Attached hereto).

6. Plaintiff's request is made in good faith and is not intended to delay the proceedings or in any way prejudice the Defendant.

**WHEREFORE**, the Plaintiff, on behalf of himself and all others similarly situated, moves this Court for an Order granting leave to file an Amended Complaint.

Respectfully Submitted,

By: /s/ C. Jason Brown
Charles Jason Brown MO 49952
Jayson A. Watkins MO 61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-424-1390
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 19, 2019, I electronically submitted the foregoing to the Clerk of the Court with notification of such filing by ECF to all Defense Counsel of Record.

/s/ C. Jason Brown
Attorney for Plaintiff