UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

JUDGMENT IN A CIVIL CASE

CORTEZ CODY, Individually and on behalf )
of all other similarly situated individuals, )
)
              Plaintiff, )
)
  vs. ) Case No. 18-6192-CV-SJ-FJG
)
CHECKR, INC., )
)
              Defendant. )
)

___   Jury Verdict.   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.   This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Plaintiff's request for an oral argument, is hereby DENIED. It is further

**ORDERED** that

Defendant's motion to dismiss, is hereby GRANTED. It is further

**ORDERED** that

This case is hereby DISMISSED WITH PREJUDICE.

  August 21, 2019                     Paige Wymore-Wynn
Date                                    Clerk

Entered on   August 21, 2019         /s/ Christy Anderson
                                            (By) Deputy Clerk